EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Yolanda Rodríguez Torres | 2022 TSPR 81<br><br>209 DPR ____ |

Número del Caso:  TS-10,132


Fecha:  27 de junio de 2022


Abogado de la parte peticionaria:

        Por derecho propio



Materia:  Reactivación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Yolanda Rodríguez Torres

TS-10,132

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de junio de 2022.

Examinada la *Moción informativa y en cumplimiento de orden* presentada por la Sra. Yolanda Rodríguez Torres, se provee ha lugar.

Se le ordena al Secretario del Tribunal registrar únicamente el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena a la abogada Yolanda Rodríguez Torres actualizar su información de contacto en el RÚA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo